UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEYUANA ALLEN,

Plaintiff,

Case No. 26-cv-13399
Hon. Matthew F. Leitman

v.

AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.,

Defendant.

__________________________________________________________________/

**ORDER DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE**

On September 9, 2026, Plaintiff Keyuana Allen filed this action against Defendant American Builders & Contractors Supply Co., Inc. (*See* Compl., ECF No. 1.) Allen filed an application to proceed *in forma pauperis* (*see* App., ECF No. 5), and the Court granted the application on September 15, 2026. (*See* Order, ECF No. 5.) The Court thereafter issued an order directing Allen, by no later than September 29, 2026, to "complete and present to the Clerk's Office" certain documents so that the United States Marshals Service could serve American Builders with the Complaint. (*See* Order, ECF No. 6.)

Allen has not complied with the Court's order and has not presented the Clerk's Office with any of the requested service documents. Nor has Allen contacted the Court to ask for additional time to comply with the order. Allen's failure to

complete and present the required service documents is not a mere technical violation of the rules. Without the required documents, the Court has no way to ensure that American Builders is served with the Complaint, and this case cannot proceed forward.

Accordingly, because Allen has failed to comply with the Court's order and failed to provide the required service documents to the Clerk's Office, the Court **DISMISSES** Allen's Complaint **WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126