UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEYUANA ALLEN,

Plaintiff,

Case No. 26-cv-13399
Hon. Matthew F. Leitman

v.

AMERICAN BUILDERS & CONTRACTORS
SUPPLY CO., INC.,

Defendant.
______________________________________/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 26, 2026
Detroit, Michigan